NUMBER 13-07-00499-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JUAN A. PORRAS, Appellant,


v.



LARRY WARNER, Appellee. 

_____________________________________________________________


On Appeal from the 107th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, Juan A. Porras, perfected an appeal from a judgment rendered against
him in favor of appellee, Larry Warner, in a legal malpractice action. On September 7,
2007, the Clerk of this Court notified appellant that the clerk's record in the above cause
was originally due on August 27, 2007, and that the deputy district clerk, Laura Cisneros,
had notified this Court that appellant failed to make arrangements for payment of the
clerk's record. The Clerk of this Court notified appellant of this defect so that steps could
be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). 

 Appellant was advised that, if the defect was not corrected within ten days from the
date of receipt of this notice, the appeal would be dismissed for want of prosecution. 
Appellant failed to respond to the Court's notice, and has further failed to make
arrangements to pay for the reporter's record in this cause.. 

 The Court, having considered the documents on file, is of the opinion that the
appeal should be dismissed. See id. 37.3(b), 42.3(b),(c). 

 Accordingly, the appeal is DISMISSED. 

 

 PER CURIAM


Memorandum Opinion delivered 

and filed this the 10th day of April, 2008.